**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-6295**

───────────

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

ALVIN JUSTIN HUGGINS, a/k/a Buddy,

                                        Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Malcolm J. Howard, District Judge. (CR-95-51-H, CA-01-70-4-H)

───────────

Submitted:  June 13, 2002          Decided:  June 18, 2002

───────────

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Keith Alan Williams, KEITH A. WILLIAMS, P.A., Greenville, North Carolina, for Appellant.  Robert Edward Skiver, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alvin Justin Huggins seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Huggins, Nos. CR-95-51-H; CA-01-70-4-H (E.D.N.C. Nov. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED